IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM J. GALLAGHER          :
                              :
           v.                 :        NO. 11-cv-256
                              :
NCO FINANCIAL SYSTEMS         :
                              :

FILED
JUN - 9
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE SCHILLER, J.

    AND NOW, to wit, this 9th day of June, 2011,
It is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.'S
offer of judgment and Plaintiffs acceptance pursuant to F.R.C.P.
68, judgment is entered in favor of Plaintiff and against Defendant
in the sum of $1,000.00 together with interest and costs.

                              BY THE COURT:

                              ATTEST:

                              _____
                              Deputy Clerk

judg