UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM J. GALLAGHER,　　　　　　Case No.: 2:11-cv-256-SD

　　　　Plaintiff,

　v.

NCO FINANCIAL SYSTEMS, INC.

　　　　Defendant.

**SATISFACTION OF JUDGMENT**

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: August 3, 2011　　　　　　/S/ Craig Thor Kimmel
　　　　　　　　　　　　　　　　Craig Thor Kimmel
　　　　　　　　　　　　　　　　Attorney ID: 57100
　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　Fax: (215) 540-8817
　　　　　　　　　　　　　　　　Email: kimmel@creditlaw.com